UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA STACE,

     Plaintiff,

                                                            Case No. 1:20-cv-641

v.

                                                          HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

**ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 17, 2021 (ECF No. 24), recommending that the Commissioner's decision be reversed, and the matter be remanded pursuant to sentence four of 42 U.S.C. § 405(g).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  See 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 24) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is REVERSED and the matter is REMANDED.

**IT IS FURTHER ORDERED** that, on remand, the Commissioner should (1) re-evaluate the extent of Plaintiff's neck rotation and whether this is a work preclusive limitation, and (2) re-evaluate Plaintiff's testimony regarding the intensity, persistence, and limiting effects of her symptoms.

A Judgment will be entered consistent with this Order.

Dated:  December 2, 2021                                       __/s/ Janet T. Neff_____
                                                          JANET T. NEFF
                                                          United States District Judge